**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00043-CR**
**NO. 09-22-00044-CR**

_____

**DAVID WILLIAM RUNYON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 21-03-03965-CR & 21-03-03966-CR**

_____

**ORDER**

Appellant David William Runyon filed a motion to abate the appeals and remand the cases for written findings of fact and conclusions of law. Findings of fact and conclusions of law made by the judge who conducted the hearing on the motion to suppress may aid this Court's review of the issues raised in the appellant's brief. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). The State has not filed an objection to an abatement.

1

Accordingly, it is ORDERED that the appeals are abated and the cases are remanded to the trial court for entry of findings of fact and conclusions of law on the trial court's essential findings on the issues raised in the hearing of appellant's motion to suppress. *See* Tex. R. App. P. 44.4. In each appeal, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law are due to be filed in this Court by July 7, 2022. *See* Tex. R. App. P. 34.5(c)(2). All appellate timetables are suspended pending filing of the supplemental clerk's records with this Court. The appeals will be reinstated without further order when the supplemental clerk's records are filed with the appellate court. The brief of the appellant is due thirty days after the supplemental clerk's records are filed. Requests for briefing extensions will be strongly disfavored.

ORDER ENTERED June 7, 2022.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2